# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:11CR422 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALEJANDRO PARTIDA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion of defendant Alejandro Partida (Partida) for an extension of the pretrial motion deadline (Filing No. 21). The motion did not comply with NECrimR 12.1 (a) and paragraph 9 of the Progression Order in that the motion was not accompanied by the defendant's affidavit or declaration stating that defendant:

(1) Has been advised by counsel of the reasons for seeking a continuance;
(2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
(3) With this understanding and knowledge, agrees to the filing of the motion.

Partida was given until June 1, 2012, to comply with the requirements set forth above (Filing No. 22). No such affidavit has been filed.

Accordingly, the motion for an extension of the pretrial motion deadline (Filing No. 21) is denied.

**IT IS SO ORDERED.**

DATED this 4th day of June, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge